ZUKERMAN GORE BRANDEIS
& CROSSMAN, LLP
John K. Crossman
Eleven Times Square
New York, New York 10036
Telephone: 212-223-6700
*Attorneys for Defendant*
*Hillsong Connecticut, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALL STREET THEATER COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> HILLSONG CONNECTICUT, LLC <br><br> Defendant. | Civil Action No. 21-cv-00213 |

**Affidavit of Service**

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK )

Breanna Natal, being duly sworn, deposes and says:

1. I am not a party to the above-captioned action, and I am over 18 years of age.

2. On February 24, 2021, I mailed true and correct copies of (i) Order on Pretrial Deadlines (Dkt. 2); (ii) Notice Regarding Electronic Filing in this action (Dkt. 3); (iii) Standing Protective Order (Dkt. 4); (iv) Chambers Practices for District Judge Vanessa L. Bryant (Dkt. 5); (v) Notice to

Counsel and Self-Represented Parties, Order re: Disclosure Statement, Notice to Parties Regarding Discovery Disputes, Joint Trial Memorandum Order and Standing Order on Removed Cases (Dkt. 6); (vi) Notice of Pending Motions (Dkt. 8); (vii) Notice of Appearance (Dkt. 9); (viii) Defendant's Statement of Compliance with Standing Order (Dkt. 10) by enclosing true and correct copies of the same in a prepaid, sealed envelope, which was sent by United States Postal Service to:

> Mark A. Sank
> MARK SANK & ASSOCIATES, LLC
> 666 Glenbrook Road
> Stamford, Connecticut 06906
> (203) 967-1190
> *Attorney for Plaintiff*

_____
Breanna Natal

Sworn to before me this
24 day of February, 2021

_____
Notary Public

Ashley Dale
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DA6324981
Qualified in New York County
Commission Expires May 18, 2023